Sherri Price
KS S.C. #16485
Legal Counsel
Lansing Correctional Facility
P.O. Box 2
Lansing, KS  66043
(913) 727-3235, ext. 57277
Fax:  913-250-2762
Sherri.Price@ks.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRANDON JAMES LONG,
        Plaintiff

v.                      Case No. 18-3189-SAC

SONYA LATZKE, *et al*.,
        Defendants.

**MOTION FOR EXTENSION OF TIME**
(Pursuant to Fed.R.Civ.P. 6(b) and D.Kan. Rule 114)

Sherri Price, Legal Counsel, Lansing Correctional Facility, respectfully requests that the Court grant an extension of time in which to prepare the *Martinez* Report.  Counsel's appearance in this action is solely for the limited purpose of seeking an extension of time in which to prepare the *Martinez v. Aaron* investigative report ordered by this Court.  In support of this motion, counsel would show the Court as follows:

1.      Pursuant to order of this Court entered May 24, 2019, a *Martinez* Report is to be prepared by the Department of Corrections.

2.      This is counsel's first request for an extension in this matter.

3.      Due to counsel's case load an extension of an additional 60 days to complete the

*Martinez* Report is needed.

4. Counsel has not consulted with plaintiff *pro se* before filing this motion.

5. A proposed order granting counsel an extension of time has been sent via email to Judge Sam A. Crow.

WHEREFORE, counsel respectfully moves the Court for an order enlarging the amount of time in which to prepare the *Martinez* Report by sixty (60) days, being on or before October 18, 2019.

Respectfully submitted,

/s/ Sherri Price

CERTIFICATE OF SERVICE

I hereby certify that, on this 19th day of August, 2019, a true and correct copy of the above and foregoing MOTION FOR EXTENSION OF TIME was placed in the U.S. Mail, first class postage prepaid to:

Brandon James Long
10710 Wheeling Court
St. Louis, MO 63136
Plaintiff pro se

/s/   Sherri Price