# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**BRANDON JAMES LONG,**

 **Plaintiff,**

 v.               CASE NO. 18-3189-SAC

**SONYA LATZKE, et al.,**

 **Defendants.**

## ORDER

Plaintiff brings this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The Court granted Plaintiff leave to proceed *in forma pauperis*. On May 24, 2019, the Court entered a Memorandum and Order (Doc. 7) directing the Kansas Department of Corrections ("KDOC") to prepare a *Martinez* Report in this case. This matter comes before the Court on the fourth Motion for Extension of Time (Doc. 21) filed by counsel for the Lansing Correctional Facility, seeking another 30-day extension of time to file the *Martinez* Report. For good cause shown, the Court will grant the motion. The deadline for filing the *Martinez* Report is extended to March 4, 2020. Upon the filing of that report, the Defendants shall have an additional thirty (30) days to answer or otherwise respond to the Complaint.

 **IT IS THEREFORE ORDERED BY THE COURT** that the Motion for Extension of Time (Doc. 21) is **granted.** The deadline for filing the *Martinez* Report as ordered by the Court at Doc. 7, is extended to **March 4, 2020.** Upon the filing of that report, the Defendants shall have an additional thirty (30) days to answer or otherwise respond to the Complaint.

 **IT IS SO ORDERED.**

 Dated February 4, 2020, in Topeka, Kansas.

                <u>s/ Sam A. Crow</u>
                SAM A. CROW
                U. S. Senior District Judge